IN THE UNITED STATES DISTRICT COURT
Western District of Missouri

SAVE A CONNIE, Inc. d/b/a )
Airline History Museum, )
)
           Plaintiff, )
)
v. ) Case No. 4:25-CV-00680-BCW
)
SIGNATURE FLIGHT SUPPORT LLC )
)
           Defendant. )

**MOTION TO INTERVENE**

COMES NOW, the Movant, Aero Legacy Foundation, a duly organized Kansas nonprofit corporation, who moves pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene in the above-styled and numbered cause. In support hereof, counsel would state:

1. The intervenor is a non-profit corporation that owns certain property now being stored in the Airline History Museum.

2. That the property in storage includes, but is not limited to, two aircraft along with additional machinery, vehicles and parts.

3. The intervenor's property is part of a Stem program that was sponsored by the Plaintiff Museum. The stem program is an outreach program that seeks to engage youth throughout the community to promote interest in aviation mechanics and associated fields.

4. The Defendant organization is aware of the intervenor's claim to the property and will not be prejudiced by the granting of this Motion.

5. The Intervenor seeks an Order permitting it to enter the Airline History Museum for the limited purpose of removing its property.

WHEREFORE, premises considered, the Intervenor prays for an Order permitting it to enter this litigation, together with any further relief that may be deemed appropriate.

Respectfully submitted




\_\_/s/ Charles D. Lamb_____
Charles D. Lamb MO#51574, KS 18754
819 N. 9th Street
Kansas City KS 66101
(913) 282-1495
lawyerlamb@gmail.com


CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion was filed utilizing the Court's Electronic Filing System with service on opposing counsel on the date of acceptance hereof and by mailing a copy of the same to: Ms. Kate McKinney, Martin/Pringle, attorney for Signature Flight Support LLC and , 9401 Indian Creek Parkway, Building 40, Suite 1150, Overland Park KS 66210 and Mr., Michael Bene, Evans & Mullinix PA, 7225 Renner Road, Suite 200, Shawnee KS 66327, with postage prepaid thereon on March 26, 2026.



/s/ Charles D. Lamb