# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### KANSAS CITY

SAVE A CONNIE, INC, d/b/a )
Airline History Museum, )
 )
        Plaintiff, )
 )
v. )        Case No. 4:25-cv-00680-BCW
 )
SIGNATURE FLIGHT SUPPORT LLC, )
 )
        Defendant. )

## DEFENDANT SIGNATURE FLIGHT SUPPORT LLC'S
## MOTION FOR ATTORNEYS' FEES

COMES NOW Defendant Signature Flight Support LLC ("Signature"), by and through undersigned counsel, and moves this Court to enter judgment against Plaintiff Save A Connie, Inc. d/b/a Airline History Museum ("AHM") in an amount necessary to reimburse Signature for its actual attorneys' fees expended in connection with its Motion to Find Plaintiff in Civil Contempt ("Motion") (Doc. #42).

The Court has authority to award such fees and expenses in accordance with the terms of the parties' Settlement Agreement and also as a sanction against AHM. The Court's May 19, 2026 Order ("Order")(*Doc. #54*) granted Signature's previously-filed Motion and granted Signature's request for an award of attorneys' fees. The Order directed Signature to file a separate motion for fees with a detailed declaration itemizing attorneys' fees and costs incurred in connection with its Motion.

Signature previously filed a Motion for Attorneys' Fees (Doc. #47), Suggestions in Support of Motion for Attorneys' Fees (Doc. #48), and Declaration of the undersigned (Doc. #48-1), related to Signature's Motion to Enforce Settlement Agreement (Doc. #32) which was granted by this Court's January 15, 2026 Order (Doc. #40). That Motion for Attorneys' Fees also remains pending.

WHEREFORE, Signature Flight Support LLC respectfully requests that this Court enter judgment against Plaintiff Save A Connie, Inc. d/b/a Airline History Museum and in favor of Signature Flight Support LLC in the amount of $8,029.50 as set forth in counsel's Declaration in support of the January 28, 2026 Motion for Attorneys' Fees (Doc. #47) and in the additional amount of $5,101.31 as set forth in counsel's contemporaneously filed Declaration on this date in support of the instant Motion for Attorneys' Fees, and for such other and further relief as the Court deems proper.

<div style="margin-left:40%">

Respectfully Submitted,
MARTIN PRINGLE OLIVER
WALLACE & BAUER, LLP

*/s/ Kate B. McKinney*
Kate B. McKinney, MO # 47935
9401 Indian Creek Parkway, Suite 1150
Overland Park, KS 66210
Ph.: (913) 491-5500
Fx.: (913) 491-3341
Email: kbmckinney@martinpringle.com
ATTORNEYS FOR DEFENDANT SIGNATURE
FLIGHT SUPPORT LLC

</div>

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 26th day of May, 2026, a copy of the above and foregoing was electronically filed using the Court's electronic filing system and served via the ECF system to:

Michael Bene
7225 Renner Road, Suite 200
Shawnee KS 66217
mbene@emlawkc.com

Charles Lamb
lawyerlamb@gmail.com
*Attorneys for Plaintiff*

<div style="margin-left:50%">

*/s/ Kate B. McKinney*
Kate B. McKinney

</div>

<div style="text-align:center">2</div>